

**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

RETURN SERVICE REQUESTED

7018 1830 0000 4264 5632

PAYPAL
2211 N FIRST ST
SAN JOSE, CA 95131-2021

CERTIFIED MAIL

US POSTAGE ❯❯ PITNEY BOWES
ZIP 78204
02 4W
0000350931 NOV 10 2020
$ 007.05⁰

9513132021 CO19

Date Received: 11/17/L
Mail Bldg: North (San Jose)
To: Ortiz, Evelyn
Route: Vs Paypal
Mail Stop: 10.3.480
Trk #: 70181830000426645632
947325
Item ID

Exhibit A

CERTIFIED MAIL #70181830000042645632

Case Number: 2020-CI-21745     2020CI21745 S00001

ANGEL L SUAREZ-MORENO

vs.

PAYPAL ET AL

(Note: Attached document may contain additional litigants)

IN THE DISTRICT COURT
285th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

**"THE STATE OF TEXAS"**
DIRECTED TO:   PAYPAL


AFFIDAVIT OF INABILITY

2211 N FIRST ST
SAN JOSE CA 95131-2021

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and  , a default judgment may be taken against you." Said CITATION with  was filed on the 6th day of November, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  9TH  DAY OF November A.D., 2020.

ANGEL L SUAREZ-MORENO
ATTORNEY FOR PROPIA PERSONA
8546 BROADWAY ST 145
SAN ANTONIO, TX 78207

**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

---

ANGEL L SUAREZ-MORENO
vs
PAYPAL ET AL

Officer's Return

Case Number: 2020-CI-21745
Court: 285th Judicial District Court

Came to hand on the  9th day of November 2020, A.D., at 11:16 o'clock A.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20___, by delivering to: _____ at 2211 N FIRST ST SAN JOSE CA 95131-2021 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with  .

Cause of failure to execute this Citation is _____.

**Mary Angie Garcia**
Clerk of the District Courts
of Bexar County, TX

By: *Alexandra Johnson*, Deputy

ORIGINAL (DK003)

UNITED STATES DISTRICT COURT

DISTRICT OF TEXAS

SAN ANTONIO, DIVISION

ANGEL L SUAREZ-MORENO, TEXAS CONSUMERS,　　　　CASE NO._____

INDIVIDUALY AND ON BEHALF OF ALL OTHERS.

　　　　　　　　　　　　　　Plaintiffs　　　　Negligence

　　　　　　　　　　　　　　　　　　　　Demand for Jury Trial

V.

PAY PAL, Paypal.com, Ebay, Ebay.com, and/ or
Any name used by this corporation.

COMPLAINT

### THE PARTIES

PayPal is a multi-billion dollar Nebraska corporation that provide banking service, and merchant service to consumer worldwide. Paypal operate through various channels including ebay, and many other companies.

Angel L Suarez-Moreno is an individual consumer residing in Live Oak, San Antonio, Texas.

### JURISDICTION AND VENUE

This court has jurisdiction under 28 U.S.C. 1332 because the parties are citizens of different states and the amount controversy exceed 1 Million dollars exclusive of penalties. Venue is proper under 29 U.S.C. 1391 because the bulk of Oregon consumers with their money hold by this companies.

### FACTUAL ALLEGATIONS

Plaintiff file this complaint as a national class action on behalf of over 140 million consumer across the country harmed by Paypal failure to adequate handle the consumers money. This complaint requests Paypal to provide fair compensation in an amount that will ensure every consumer harmed by their illegal hold of funds. This complaint's allegations are based on personal knowledge as to plaintiff's conduct and made on information and belief as to acts of others.

On September 22nd of 2020 Angel L Suarez-Moreno were selling Gift cards on Ebay when he got a notification that his ebay account will be restricted and he won't be able to sell anymore unless he provide proof that this gift cards were mailed. Gift cards were electronically and no need of mail but ebay told Angel L Suarez-Moreno that he need it to provide tracking numbers about the delivery. Angel L Suarez-Moreno mail them with a United States Postal Service Stamp. But he also deliver them using the Ebay internal inbox sending the gift cards through the message electronically.

Same day Earlier Paypal sent a message to the Plaintiff saying that they will place the 5 transactions of 100.00 each on hold for 21 days and that this is part of the Paypal security. No matter Angel L Suarez-Moreno mail the gift cards and use his own money without seeing any gains they still restricting the Paypal account without the chance of Angel L Suarez-Moreno withdraw the funds in the account around 800.00 that he was going to use to fly to Malibu, California for a confirm meeting where one of his Insurance Service clients were going to sign a multi-million dollars contract for Angel L Suarez-Moreno insurance agency Eastar Insurance to protect all of this clients offices around the world.

Angel L Suarez-Moreno mentioned that this is not the first time this holding of funds happened that it happened many times to him, to his mother, his wife, and his son. He also talk to many people around the Bexar County area with the same issue. Without pointing fingers or making allegations what this company is doing with all of this funds that they put on hold and sometimes never returned to the customers Angel L Suarez-Moreno would like to asked the Judge for a hearing and for an investigation open book of this corporations use of funds.

CLASS ALLEGATIONS

Plaintiff file this complain as a national class action lawsuit. The Texas class consist of Texas consumers who:

a) Had Personal or Business account with Paypal and have their funds on hold for more than 24 hours.
b) Who received their money back after the 25th hour or more, or who didn't received their money back and stay having their money on hold.

Exclude from the class are all attorneys for the class, officers and members of Paypal, and Ebay, including officers and members of any entity with an ownership interest in Paypal, or Ebay, any judge who sits on the case, and all jurors and alternate jurors who sit on the case.

The exact number of consumers, and merchants affected in Texas can be determined base on Paypal consumer/ Merchant database, estimated at 2,860,000 consumers- about half of the population of Texas.

## PRAYER FOR RELIEF

Plaintiff seek relief for himself and the proposed Texas class as follow:

A. Unless agreed upon by Paypal, an order to preserve all documents and information (and electronically stored information) pertaining to this case.
B. An order certifying this matter as a class action.
C. Judgement against Paypal for fair compensation in an amount to be decided by the jury, and costs.
D. An other relief the Court deems necessary.

October 27th of 2020

RESPECTFULLY FILED,

ANGEL L SUAREZ-MORENO

PLAINTIFF

8546 BROADWAY STREET 145

SAN ANTONIOM TX 78207

TELEPHONE 210-986-4833

EMAIL INFO@EASTARAGENCY.COM

CASE NO. (court use only): _____

PLAINTIFF: Angel Suarez

BEXAR COUNTY, TEXAS

VS.

DEFENDANT(S): PayPal and Ebay.

Defendant(s) contact info: 2211 North First Street, San Jose CA 95131
ADDRESS — CITY — STATE — ZIP

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

Please read negligence letter attached here also they are practice monopoly antitrust practices by not—letting other merchant services accept credit cards and not letting members sell electronic gift cards.

**RELIEF:** Plaintiff seeks damages in the amount of Judge decide and/or return of personal property as described as follows (be specific): _____ which has a value of $_____

Additionally, plaintiff seeks the following:

Stop holding money and stop monopoly practices.

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

PayPal
2211 North First St.
San Jose, CA 95131

PayPal
12312 Port Grace Blvd
La Vista, Nebraska 68128

Ebay
2025 Hamilton Ave
San Jose, CA 95125

If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address

Angel Suarez
Petitioner's Printed Name

Signature of Plaintiff or Attorney

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH _____
LAST 3 NUMBERS OF DRIVER LICENSE _____
LAST 3 NUMBERS OF SOCIAL SECURITY _____
DEFENDANT'S PHONE NUMBER _____

Address of Plaintiffs or Attorney
8546 Broadway St. 145
San Antonio, TX 78217
CITY — STATE — ZIP

Phone of Plaintiff's Attorney/Plaintiff: 210 986 4833

Sworn to and subscribed before me this 30 day of October, 20 20

CLERK OF THE JUSTICE COURT OR NOTARY

JEREMIAH BELTRAN
NOTARY PUBLIC - STATE OF TEXAS
ID# 13231436-0
COMM. EXP. 01-15-2024