UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ANGEL L. SUAREZ-MORENO,**

  *Plaintiff*,

v.                                Case No.  SA-20-CV-01407-JKP

**PAYPAL, PAYPAL.COM, EBAY,
EBAY.COM, AND/OR ANY NAME
USED BY THIS CORPORATION,**

  *Defendants*.

## ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD

Before the Court is Defendant PayPal, Inc.'s Motion to Confirm Arbitration Award and Enter Judgment. *See* ECF No. 51. U.S. Magistrate Judge Henry J. Bemporad, to whom this case was referred for pretrial matters, compelled arbitration and administratively closed the case pending such arbitration. *See* ECF Nos. 33, 35. The arbitrator dismissed Defendant eBay, Inc. from arbitration, finding Plaintiff Angel L. Suarez-Moreno did not lodge any claims or assert damages against eBay. *See* ECF No. 50. On February 6, 2023, the arbitrator found Suarez-Moreno's claims were frivolous and requested an itemization of PayPal's fees and costs. *See* ECF No. 51-1. On March 14, 2023, based on PayPal's itemization, the arbitrator awarded PayPal $7,500 in attorneys' fees and $2,500 in costs. *See* ECF No. 51-2. PayPal moves to confirm these awards under 9 U.S.C. § 9, which allows PayPal to "apply" to this Court "for an order confirming the award." Judge Bemporad lifted the stay, reopened the case, and returned it to the District Court. *See* ECF No. 52.

In considering a motion to confirm arbitration awards, courts "must grant such an order unless the award is vacated, modified, or corrected" by the court under 9 U.S.C. §§ 10 or 11. Suarez-Moreno has not contested the arbitrator's awards and the Court finds no grounds to vacate, modify, or correct the awards. The Court, having considered the motion and awards, **GRANTS** the motion. *See* ECF No. 51.

**IT IS THEREFORE ORDERED** that the Clerk enter judgment in favor of PayPal and against Plaintiff as follows: Plaintiff's claims are hereby **DISMISSED** with prejudice and Plaintiff shall take nothing on his claims against PayPal.

**IT IS FURTHER ORDERED** that PayPal is entitled to $7,500 in attorneys' fees and $2,500 in costs.

**IT IS FINALLY ORDERED** that, based on the arbitrator's finding that Suarez-Moreno lodged no claims or damages against eBay, Defendant eBay is **DISMISSED** from the case.

Final judgment will be entered by separate order.

It is so ORDERED.
SIGNED this 1st day of May, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE