UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ANGEL L. SUAREZ-MORENO,**

  *Plaintiff*,

v.                                  Case No.  SA-20-CV-01407-JKP

**PAYPAL, PAYPAL.COM, EBAY,
EBAY.COM, AND/OR ANY NAME
USED BY THIS CORPORATION,**

  *Defendants*.

## FINAL JUDGMENT

In accordance with the Order issued contemporaneously with this Final Judgment, the Court hereby **ORDERS** final judgment is entered **DISMISSING** all claims in this matter. Plaintiff Angel L. Suarez-Moreno takes nothing against Defendants PayPal, Inc. and eBay, Inc. PayPal is awarded 7,500 in attorneys' fees and $2,500 in costs.

The Clerk of Court is directed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 1st day of May, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE